■ In the Matter of J. JEROME OLITT, a Suspended Attorney. —Motion granted and the Departmental Disciplinary Commit-

tee's time to commence hearings enlarged as indicated. Concur—Murphy, P. J., Kupferman, Milonas, Rosenberger and Ellerin, JJ.